HARTLEY v. BALLOU

    No. 21 PC.

    Case below: 20 N.C. App. 493.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1974.


JONES v. JONES

    No. 30 PC.

    Case below: 20 N.C. App. 607.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


LAWING v. JAYNES and LAWING v. McLEAN

    No. 27 PC.

    Case below: 20 N.C. App. 528.

    Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 April 1974.


MANUFACTURING CO. v. UNION

    No. 23 PC.

    Case below: 20 N.C. App. 544.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.


NOLAN v. NOLAN

    No. 25 PC.

    Case below: 20 N.C. App. 550.

    Petition for writ of certiorari to North Carolina Court of Appeals denied 2 April 1974.